# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 24, 2018

Stephen J. Markman,
Chief Justice

Rehearing No. 619

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

152448(163)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

                                     SC: 152448

v                                       COA: 317892

                                     St. Clair CC: 10-002936-FC

TIA MARIE-MITCHELL SKINNER,
      Defendant-Appellee.
_____/

      On order of the Court, the motion for rehearing of the Court's June 20, 2018 opinion is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

<u>      August 24, 2018      </u>            

                                            Clerk